# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JEREMY J. THOMASON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-19-935-R |
| | ) | |
| **FNU TAYLOR, DEMARIS GUERRA,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the February 3, 2020, Report and Recommendation of Magistrate Judge Suzanne Mitchell, wherein she recommends that this case be dismissed without prejudice because Plaintiff failed to make his initial partial filing fee payment of $7.11 by January 20, 2020, or to show cause why he has not tendered payment, as ordered by Judge Mitchell in a December 30, 2019 Order. On March 31, 2020, the Court entered an Order in response to a February 28, 2020 Notice by Plaintiff. Therein the Court informed Plaintiff that it had not received his payment and granted him an additional fifteen days in which to tender the initial filing fee. The Court, *sua sponte,* extended the deadline for compliance with the Order mandating payment. The record reflects no payment has been received from Mr. Thomason, nor has he requested additional time in which to tender payment. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY and this action is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 7th day of May 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE